**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-1845**

LOYLESS B. TUCKER,

Plaintiff - Appellant,

and

REGINALD A. LEE, SR.; WILLIAM E. REID, JR.;
JOHN Q. PUBLIC,

Intervenor - Plaintiff,

versus

JOHN B. DALTON, Secretary; DEPARTMENT OF THE
NAVY,

Defendants - Appellees,

JAMES L. CRAWFORD,

Movant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-96-113-2-18AJ)

Submitted: November 5, 1998      Decided: November 18, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Loyless B. Tucker, Appellant Pro Se.  John Harris Douglas, Assistant United States Attorney, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Loyless Tucker appeals the district court's order denying relief in this civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tucker v. Dalton, No. CA-96-113-2-18AJ (D.S.C. May 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED